IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LATRAVION BELL**                                                                                   **PLAINTIFF**
ADC #186624

v.                                    Case No. 4:25-cv-00541-LPR-JJV

**A. WEST,** *Corporal*                                                                              **DEFENDANT**

### ORDER

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 9).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, Plaintiff may proceed, for now, with his inadequate medical care claim against Defendant West in his individual capacity only.  All other claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 2nd day of September 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] With respect to the official capacity claim(s), the Court additionally notes that § 1983 damages claims are not viable because a state is not a "person" for purposes of § 1983.  *Will v. Mich. Dep't of State Police*, 491 U.S. 58, 71 (1989).