## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**LATRAVION BELL**                                                        **PLAINTIFF**
**ADC #186624**

**v.**                            **Case No. 4:25-cv-00541-LPR**

**ARLIE WEST,** *Corporal*                                               **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 27).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendant's Motion to Dismiss (Doc. 16) is GRANTED.  Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice for failure to state a plausible claim for relief.  Defendant's Motion for Summary Judgment (Doc. 23) is DENIED as moot.  The Clerk is directed to close this case.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE